UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |

This document relates to:

*Burnett, et al. v. Islamic Rep. of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
*Arias, et al. v. Islamic Rep. of Iran*, Case No. 19-cv-41 (GBD)(SN)

### CORRECTED PARTIAL FINAL DEFAULT JUDGMENT
### ON BEHALF OF *ARIAS* PLAINTIFF ELIZABETH PARKS

Upon consideration of the evidence and arguments submitted by Plaintiff Elizabeth Parks, a Plaintiff in *Arias, et al. v. Islamic Rep. of Iran*, Case No. 19-cv-41 (GBD)(SN), who is the sister of Robert Emmet Parks, Jr. who was a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, entered on September 9, 2019 (ECF No. 5104), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is

**ORDERED** that the partial final judgment entered on September 6, 2019 on behalf of Elizabeth Parks in the *Burnett, et al. v. Islamic Rep. of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), case be modified and corrected in accordance with this Order; and it is

**ORDERED** that partial final judgment is entered against the Islamic Republic of Iran on behalf of Elizabeth Parks, who is the sister of Robert Emmet Parks, Jr. who was killed in the terrorist attacks on September 11, 2001, and it is

**ORDERED** that Elizabeth Parks is awarded solatium damages of $4,250,000; and it is

**ORDERED** that Plaintiff Elizabeth Parks is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiff Elizabeth Parks may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that this judgment will be issued *nunc pro tunc* to September 6, 2019 to give force and effect to the judgment in the *Arias* action as the judgment that was previously entered in the *Burnett* case.

Dated: New York, New York
OCT 25 2021

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge