UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

-----------------------------------------------------------x

This document relates to:
    *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
    *Arias, et al. v. The Islamic Republic of Iran, et al.,* 19-cv-00041(GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties identified in Exhibit A in the above-referenced action. Plaintiffs were identified as a "DOE" plaintiff at the time that this case was initially instituted, were identified as such in the initial pleadings, and have since consented to being named according to their legal name. Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   August 5, 2024

                                                    Respectfully submitted,

                                                  MOTLEY RICE LLC

                                                  */s/* John C. Duane
                                                  John C. Duane, Esq.
                                                  Mount Pleasant, SC 29464
                                                  Telephone: (843) 216-9000
                                                  Facsimile: (843) 216-9450
                                                  jduane@motleyrice.com

                                                  Counsel for Plaintiffs

| | EXHIBIT A | | | | |
|---|---|---|---|---|---|
| # | Identification of Party to be Substituted | Residence at Filing | Reference to Plaintiff in original complaint | Paragraph of Complaint Discussing Party | 9/11 Decedent Name |
| 1 | Heda K. Adams, individually as Spouse and as Personal Representative of the Estate of Donald L. Adams, Deceased and on behalf of all beneficiaries of Donald L. Adams, Deceased | NJ | Spouse DOE AP200 as Personal Representative of the Estate of DOE AP200, Deceased and on behalf of all beneficiaries of DOE AP200, Deceased | 1:15-cv-09903, 53, at 1018 | Donald L. Adams |
| 2 | Eileen Schaefer Roger, individually as Parent of Jean Destrehan Roger, Deceased | NY | Parent DOE AP28 in their own right as the Parent of DOE AP28, Deceased | 1:15-cv-09903, 53, at 35 | Jean Destrehan Roger |
| 3 | James Merle Roger, individually as Sibling of Jean Destrehan Roger, Deceased | NY | Sibling DOE AP29 in their own right as the Sibling of DOE AP29, Deceased | 1:15-cv-09903, 53, at 36 | Jean Destrehan Roger |
| 4 | Dorotea Angilletta, individually as Parent and as Personal Representative of the Estate of Laura Angilletta, Deceased, and on behalf of all beneficiaries of Laura Angilletta, Deceased | NY | Parent DOE AP84, as Personal Representative of the Estate of DOE AP84, Deceased, and on behalf of all beneficiaries of DOE AP84, Deceased | 1:15-cv-09903, 53, at 677 | Laura Angilletta |
| 5 | Carmelo Angilletta, individually as Parent and as Personal Representative of the Estate of Laura Angilletta, Deceased and on behalf of all beneficiaries of Laura Angilletta, Deceased | OH | Parent DOE AP83, as Personal Representative of the Estate of DOE AP83, Deceased, and on behalf of all beneficiaries of DOE AP83, Deceased | 1:15-cv-09903, 53, at 676 | Laura Angilletta |
| 6 | Deanna Joyce Whoriskey, individually as Child of George W. Simmons, Sr., Deceased | FL | Child DOE AP929 in their own right as the Child of DOE AP929, Deceased | 1:15-cv-09903, 53, at 56 | George W. Simmons, Sr. |
| 7 | Carol Ann Ashley, individually as Parent and as Personal Representative of the Estate of Janice Marie Ashley, Deceased, and on behalf of all beneficiaries of Janice Marie Ashley, Deceased | NY | Parent DOE AP31, as Personal Representative of the Estate of DOE AP31, Deceased, and on behalf of all beneficiaries of DOE AP31, Deceased | 1:15-cv-09903, 53, at 73 | Janice Marie Ashley |

| | | | | | |
|---|---|---|---|---|---|
| 8 | William Lewis Ashley, individually as Parent and as Personal Representative of the Estate of Janice Marie Ashley, Deceased, and on behalf of all beneficiaries of Janice Marie Ashley, Deceased | NY | Parent DOE AP32, as Personal Representative of the Estate of DOE AP32, Deceased, and on behalf of all beneficiaries of DOE AP32, Deceased | 1:15-cv-09903, 53, at 74 | Janice Marie Ashley |
| 9 | Michael William Ashley, individually as Sibling of Janice Marie Ashley, Deceased | NJ | Sibling DOE AP33 in their own right as the Sibling of DOE AP33, Deceased | 1:15-cv-09903, 53, at 75 | Janice Marie Ashley |
| 10 | Derek Earle Peterson, individually as Sibling of Davin N. Peterson, Deceased | CA | Sibling DOE AP37 in their own right as the Sibling of DOE AP37, Deceased | 1:15-cv-09903, 53, at 107 | Davin N. Peterson |
| 11 | Nancy M. Bernard, individually as Spouse and as Personal Representative of the Estate of David William Bernard, Deceased and on behalf of all beneficiaries of David William Bernard, Deceased | MA | Spouse DOE AP62 as Personal Representative of the Estate of DOE AP62, Deceased and on behalf of all beneficiaries of DOE AP62, Deceased | 1:15-cv-09903, 53, at 311 | David William Bernard |
| 12 | Annelise Peterson Winter, individually as Sibling of Davin N. Peterson, Deceased | NY | Sibling DOE AP35 in their own right as the Sibling of DOE AP35, Deceased | 1:15-cv-09903, 53, at 106 | Davin N. Peterson |
| 13 | Julia Ann Bondarenko, individually as Spouse and as Personal Representative of the Estate of Alan Bondarenko, Deceased and on behalf of all beneficiaries of Alan Bondarenko, Deceased | FL | Spouse DOE AP42 as Personal Representative of the Estate of DOE AP42, Deceased and on behalf of all beneficiaries of DOE AP42, Deceased | 1:15-cv-09903, 53, at 136 | Alan Bondarenko |
| 14 | Neel Jerath, individually as Child of Prem N. Jerath, Deceased | NJ | Child DOE AP39 in their own right as the Child of DOE AP39, Deceased | 1:15-cv-09903, 53, at 109 | Prem N. Jerath |
| 15 | Vigdis Vaka Burke, individually as Spouse and as Personal Representative of the Estate of J. Howard Boulton, Jr., Deceased and on behalf of all beneficiaries of J. Howard Boulton, Jr., Deceased | OR | Spouse DOE AP254 as Personal Representative of the Estate of DOE AP254, Deceased and on behalf of all beneficiaries of DOE AP254, Deceased | 1:15-cv-09903, 53, at 3581 | J. Howard Boulton, Jr. |
| 16 | Wendy Eve Cosgrove, individually as Spouse and as Personal Representative of the Estate of Kevin M. Cosgrove, Deceased and on behalf of all beneficiaries of Kevin M. Cosgrove, Deceased | NY | Spouse DOE AP43 as Personal Representative of the Estate of DOE AP43, Deceased and on behalf of all beneficiaries of DOE AP43, Deceased | 1:15-cv-09903, 53, at 159 | Kevin M. Cosgrove |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Eileen Mary Byrne, individually as Sibling of Patrick Aloysius Hoey, Deceased | NJ | Sibling DOE AP11 in their own right as the Sibling of DOE AP11, Deceased | 1:15-cv-09903, 53, at 197 | Patrick Aloysius Hoey |
| 18 | Kathleen Higgins, individually as Sibling of Patrick Aloysius Hoey, Deceased | FL | Sibling DOE AP12 in their own right as the Sibling of DOE AP12, Deceased | 1:15-cv-09903, 53, at 199 | Patrick Aloysius Hoey |
| 19 | John Vincent Hoey, III, individually as Sibling of Patrick Aloysius Hoey, Deceased | FL | Sibling DOE AP10 in their own right as the Sibling of DOE AP10, Deceased | 1:15-cv-09903, 53, at 198 | Patrick Aloysius Hoey |
| 20 | Timothy Joseph Hoey, individually as Sibling of Patrick Aloysius Hoey, Deceased | MA | Sibling DOE AP9 in their own right as the Sibling of DOE AP9, Deceased | 1:15-cv-09903, 53, at 205 | Patrick Aloysius Hoey |
| 21 | Brian Patrick Hoey, individually as Child of Patrick Aloysius Hoey, Deceased | MD | Child DOE AP6 in their own right as the Child of DOE AP6, Deceased | 1:15-cv-09903, 53, at 196 | Patrick Aloysius Hoey |
| 22 | Lucille Agnes Hoey, individually as Parent of Patrick Aloysius Hoey, Deceased | NJ | Parent DOE AP8 in their own right as the Parent of DOE AP8, Deceased | 1:15-cv-09903, 53, at 200 | Patrick Aloysius Hoey |
| 23 | Michael T. Hoey, individually as Child of Patrick Aloysius Hoey, Deceased | NJ | Child DOE AP4 in their own right as the Child of DOE AP4, Deceased | 1:15-cv-09903, 53, at 201 | Patrick Aloysius Hoey |
| 24 | Robert Timothy Hoey, individually as Child of Patrick Aloysius Hoey, Deceased | VA | Child DOE AP5 in their own right as the Child of DOE AP5, Deceased | 1:15-cv-09903, 53, at 202 | Patrick Aloysius Hoey |
| 25 | Theresa Ann Komlo, individually as Sibling of Patrick Aloysius Hoey, Deceased | VA | Sibling DOE AP13 in their own right as the Sibling of DOE AP13, Deceased | 1:15-cv-09903, 53, at 204 | Patrick Aloysius Hoey |
| 26 | Sharon M. Reagan, individually as Child of Patrick Aloysius Hoey, Deceased | FL | Child DOE AP7 in their own right as the Child of DOE AP7, Deceased | 1:15-cv-09903, 53, at 203 | Patrick Aloysius Hoey |
| 27 | Lori Ann Crotty, individually as Spouse and as Personal Representative of the Estate of Kevin Raymond Crotty, Deceased and on behalf of all beneficiaries of Kevin Raymond Crotty, Deceased | NJ | Spouse DOE AP30 as Personal Representative of the Estate of DOE AP30, Deceased and on behalf of all beneficiaries of DOE AP30, Deceased | 1:15-cv-09903, 53, at 63 | Kevin Raymond Crotty |
| 28 | Natividad Marella Cruz, individually as Sibling and as Personal Representative of the Estate of Cecile Marella Caguicla, Deceased and on behalf of all beneficiaries of Cecile Marella Caguicla, Deceased | CO | Sibling DOE AP228 as Personal Representative of the Estate of DOE AP228, Deceased and on behalf of all beneficiaries of DOE AP228, Deceased | 1:15-cv-09903, 53, at 2477 | Cecile Marella Caguicla |

4

| | | | | | |
|---|---|---|---|---|---|
| 29 | Scott Thomas Reinig, individually as Child of Thomas Barnes Reinig, Deceased | MA | Child DOE AP51 in their own right as the Child of DOE AP51, Deceased | 1:15-cv-09903, 53, at 213 | Thomas Barnes Reinig |
| 30 | James Cudmore, individually as Parent and as Personal Representative of the Estate of Neil James Cudmore, Deceased and on behalf of all beneficiaries of Neil James Cudmore, Deceased | United Kingdom | Parent DOE AP267 as Personal Representative of the Estate of DOE AP267, Deceased and on behalf of all beneficiaries of DOE AP267, Deceased | 1:15-cv-09903, 53, at 3323 | Neil James Cudmore |
| 31 | Kathi S. Curioli, individually as Spouse and as Personal Representative of the Estate of Paul Dario Curioli, Deceased and on behalf of all beneficiaries of Paul Dario Curioli, Deceased | CT | Spouse DOE AP196 as Personal Representative of the Estate of DOE AP196, Deceased and on behalf of all beneficiaries of DOE AP196, Deceased | 1:15-cv-09903, 53, at 2046 | Paul Dario Curioli |
| 32 | Debra Joy Foxx, individually as Sibling of Alan David Kleinberg, Deceased | NJ | Sibling DOE AP17 in their own right as the Sibling of DOE AP17, Deceased | 1:15-cv-09903, 53, at 252 | Alan David Kleinberg |
| 33 | William Gary Dietrich, individually as Spouse and as Personal Representative of the Estate of Karen Lynn Seymour, Deceased and on behalf of all beneficiaries of Karen Lynn Seymour, Deceased | NJ | DOE AP150 as Personal Representative of the Estate of DOE AP150, Deceased and on behalf of all beneficiaries of DOE AP150, Deceased | 1:15-cv-09903, 53, at 1282 | Karen Lynn Seymour |
| 34 | Janice Lynne Booth, individually as Sibling of Kenneth Warren Van Auken, Deceased | NJ | Sibling DOE AP131 in their own right as the Sibling of DOE AP131, Deceased | 1:15-cv-09903, 53, at 297 | Kenneth Warren Van Auken |
| 35 | Karen Ellen Renzo, individually as Sibling of Kenneth Warren Van Auken, Deceased | NC | Sibling DOE AP130 in their own right as the Sibling of DOE AP130, Deceased | 1:15-cv-09903, 53, at 298 | Kenneth Warren Van Auken |
| 36 | Evan Morgan Kanter, individually as Child of Sheldon Robert Kanter, Deceased | NJ | Child DOE AP57 in their own right as the Child of DOE AP57, Deceased | 1:15-cv-09903, 53, at 301 | Sheldon Robert Kanter |
| 37 | Adam Brent Kanter, individually as Child of Sheldon Robert Kanter, Deceased | NJ | Child DOE AP56 in their own right as the Child of DOE AP56, Deceased | 1:15-cv-09903, 53, at 300 | Sheldon Robert Kanter |
| 38 | Corazon Fernandez, individually as Parent and as Personal Representative of the Estate of Judy Hazel Fernandez, Deceased and on behalf of all beneficiaries of Judy Hazel Fernandez, Deceased | NJ | Parent DOE AP21 as Personal Representative of the Estate of DOE AP21, Deceased and on behalf of all beneficiaries of DOE AP21, Deceased | 1:15-cv-09903, 53, at 1944 | Judy Hazel Fernandez |

| | | | | | |
|---|---|---|---|---|---|
| 39 | Mark Andrew Bernard, individually as Child of David William Bernard, Deceased | MA | Child DOE AP65 in their own right as the Child of DOE AP65, Deceased | 1:15-cv-09903, 53, at 314 | David William Bernard |
| 40 | Jill Ellen Ludmar, individually as Child of David William Bernard, Deceased | MA | Child DOE AP64 in their own right as the Child of DOE AP64, Deceased | 1:15-cv-09903, 53, at 313 | David William Bernard |
| 41 | Madeline Agnes Caspar, individually as Parent of William Otto Caspar, Deceased | KS | Parent DOE AP67 in their own right as the Parent of DOE AP67, Deceased | 1:15-cv-09903, 53, at 320 | William Otto Caspar |
| 42 | Frank James Fetchet, individually as Parent and as Personal Representative of the Estate of Bradley James Fetchet, Deceased and on behalf of all beneficiaries of Bradley James Fetchet, Deceased | CT | Parent DOE AP218 as Personal Representative of the Estate of DOE AP218, Deceased and on behalf of all beneficiaries of DOE AP218, Deceased | 1:15-cv-09903, 53, at 2322 | Bradley James Fetchet |
| 43 | Margaret A. Richardson, individually as Sibling of William Otto Caspar, Deceased | MA | Sibling DOE AP66 in their own right as the Sibling of DOE AP66, Deceased | 1:15-cv-09903, 53, at 321 | William Otto Caspar |
| 44 | Timothy S. McHugh, individually as Sibling of Denis J. McHugh, III, Deceased | NY | Sibling DOE AP71 in their own right as the Sibling of DOE AP71, Deceased | 1:15-cv-09903, 53, at 324 | Denis J. McHugh, III |
| 45 | Lisa Jean Hojnacki, individually as Sibling of Carl Eugene Molinaro, Deceased | AZ | Sibling DOE AP89 in their own right as the Sibling of DOE AP89, Deceased | 1:15-cv-09903, 53, at 344 | Carl Eugene Molinaro |
| 46 | Trudi Jean Venditti, individually as Sibling of Carl Eugene Molinaro, Deceased | NY | Sibling DOE AP88 in their own right as the Sibling of DOE AP88, Deceased | 1:15-cv-09903, 53, at 345 | Carl Eugene Molinaro |
| 47 | Nancy B. Fox, individually as Spouse and as Personal Representative of the Estate of Jeffrey L. Fox, Deceased and on behalf of all beneficiaries of Jeffrey L. Fox, Deceased | FL | Spouse DOE AP198 as Personal Representative of the Estate of DOE AP198, Deceased and on behalf of all beneficiaries of DOE AP198, Deceased | 1:15-cv-09903, 53, at 1874 | Jeffrey L. Fox |
| 48 | Lori Sara Barzvi, individually as Sibling of Guy Barzvi, Deceased | NY | Sibling DOE AP78 in their own right as the Sibling of DOE AP78, Deceased | 1:15-cv-09903, 53, at 385 | Guy Barzvi |

6

| | | | | | |
|---|---|---|---|---|---|
| 49 | Denise DeAngelis, individually as Spouse of Robert J. DeAngelis, Jr., Deceased | FL | Spouse DOE AP92 in their own right as the Spouse of DOE AP92, Deceased | 1:15-cv-09903, 53, at 462 | Robert J. DeAngelis, Jr. |
| 50 | Cynthia M. Casserly, individually as Sibling of Stephen G. Harrell, Deceased | NY | Sibling DOE AP79 in their own right as the Sibling of DOE AP79, Deceased | 1:15-cv-09903, 53, at 490 | Stephen G. Harrell |
| 51 | Cynthia M. Casserly, individually as Sibling of Harvey L. Harrell, Deceased | NY | Sibling DOE AP80 in their own right as the Sibling of DOE AP80, Deceased | 1:15-cv-09903, 53, at 495 | Harvey L. Harrell |
| 52 | Alberto Angilletta, individually as Sibling of Laura Angilletta, Deceased | NY | Sibling DOE AP82 in their own right as the Sibling of DOE AP82, Deceased | 1:15-cv-09903, 53, at 678 | Laura Angilletta |
| 53 | Patricia M. Greene-Wotton, individually as Spouse and as Personal Representative of the Estate of Rodney James Wotton, Deceased and on behalf of all beneficiaries of Rodney James Wotton, Deceased | NJ | Spouse DOE AP1 as Personal Representative of the Estate of DOE AP1, Deceased and on behalf of all beneficiaries of DOE AP1, Deceased | 1:15-cv-09903, 53, at 187 | Rodney James Wotton |
| 54 | Maria Garbarino, individually as Sibling of Laura Angilletta, Deceased | NY | Sibling DOE AP85 in their own right as the Sibling of DOE AP85, Deceased | 1:15-cv-09903, 53, at 679 | Laura Angilletta |
| 55 | Kelly Ann Green-Grady, individually as Spouse and as Personal Representative of the Estate of Christopher Michael Grady, Deceased and on behalf of all beneficiaries of Christopher Michael Grady, Deceased | NJ | Spouse DOE AP142 as Personal Representative of the Estate of DOE AP142, Deceased and on behalf of all beneficiaries of DOE AP142, Deceased | 1:15-cv-09903, 53, at 1250 | Christopher Michael Grady |
| 56 | Tina Roberson Yarrow, individually as Spouse of Stephen V. Long, Deceased | SC | Spouse DOE AP138 in their own right as the Spouse of DOE AP138, Deceased | 1:15-cv-09903, 53, at 718 | Stephen V. Long |
| 57 | David Alan Pykon, individually as Sibling of Edward R. Pykon, Deceased | NY | Sibling DOE AP96 in their own right as the Sibling of DOE AP96, Deceased | 1:15-cv-09903, 53, at 788 | Edward R. Pykon |
| 58 | Yuriy Semenovich Rapoport, individually as Spouse of Faina Aronovna Rapoport, Deceased | NY | Spouse DOE AP132 in their own right as the Souse of DOE AP132, Deceased | 1:15-cv-09903, 53, at 817 | Faina Aronovna Rapoport |

7

| | | | | | |
|---|---|---|---|---|---|
| 59 | Jennifer Jael Jacobs-Deutsch, individually as Spouse and as Personal Representative of the Estate of Jason Kyle Jacobs, Deceased and on behalf of all beneficiaries of Jason Kyle Jacobs, Deceased | NJ | Spouse DOE AP99 as Personal Representative of the Estate of DOE AP99, Deceased and on behalf of all beneficiaries of DOE AP99, Deceased | 1:15-cv-09903, 53, at 826 | Jason Kyle Jacobs |
| 60 | Meena Jerath, individually as Spouse and as Personal Representative of the Estate of Prem N. Jerath, Deceased, and on behalf of all beneficiaries of Prem N. Jerath, Deceased | NJ | Spouse DOE AP38 as Personal Representative of the Estate of DOE AP38, Deceased and on behalf of all beneficiaries of DOE AP38, Deceased | 1:15-cv-09903, 53, at 108 | Prem N. Jerath |
| 61 | Yassin Johnson, individually as Sibling and as Personal Representative of the Estate of Jamal Legesse DeSantis, Deceased and on behalf of all beneficiaries of Jamal Legesse DeSantis, Deceased | NY | Sibling DOE AP242 as Personal Representative of the Estate of DOE AP242, Deceased and on behalf of all beneficiaries of DOE AP242, Deceased | 1:15-cv-09903, 53, at 3440 | Jamal Legesse DeSantis |
| 62 | Catherine Marie Morgan[1], individually as Child of Richard J. Morgan, Deceased | IL | Sibling DOE AP100 in their own right as the Sibling of DOE AP100, Deceased | 1:15-cv-09903, 53, at 828 | Richard J. Morgan |
| 63 | Jean Patricia Driscoll, individually as Sibling of Stephen Patrick Driscoll, Deceased | NY | Sibling DOE AP205 in their own right as the Sibling of DOE AP205, Deceased | 1:15-cv-09903, 53, at 864 | Stephen Patrick Driscoll |
| 64 | Sheila Mary Driscoll, individually as Sibling of Stephen Patrick Driscoll, Deceased | NY | Sibling DOE AP206 in their own right as the Sibling of DOE A206, Deceased | 1:15-cv-09903, 53, at 868 | Stephen Patrick Driscoll |
| 65 | Michael Cornelius Driscoll, individually as Sibling of Stephen Patrick Driscoll, Deceased | NY | Sibling DOE AP204 in their own right as the Sibling of DOE A204, Deceased | 1:15-cv-09903, 53, at 865 | Stephen Patrick Driscoll |
| 66 | Gail Marie Silke, individually as Sibling of Stephen Patrick Driscoll, Deceased | NY | Sibling DOE AP207 in their own right as the Sibling of DOE AP207, Deceased | 1:15-cv-09903, 53, at 863 | Stephen Patrick Driscoll |
| 67 | Michelle Eileen Tierney, individually as Sibling of Stephen Patrick Driscoll, Deceased | NY | Sibling DOE AP208 in their own right as the Sibling of DOE AP208, Deceased | 1:15-cv-09903, 53, at 866 | Stephen Patrick Driscoll |
| 68 | Patrick Gray, individually as Parent of James Michael Gray, Deceased | FL | Parent DOE AP101 in their own right as the Parent of DOE AP101, Deceased | 1:15-cv-09903, 53, at 931 | James Michael Gray |

---

[1] Plaintiff Catherine M. Morgan was incorrectly identified as a sibling of 9/11 decedent Richard J. Morgan in the original complaint.

| | | | | | |
|---|---|---|---|---|---|
| 69 | Janice Lucille Kurtz, individually as Sibling and as Personal Representative of the Estate of William Otto Caspar, Deceased and on behalf of all beneficiaries of William Otto Caspar, Deceased | KS | Sibling DOE AP69 as Personal Representative of the Estate of DOE AP69, Deceased and on behalf of all beneficiaries of DOE AP69, Deceased | 1:15-cv-09903, 53, at 319 | William Otto Caspar |
| 70 | Suzanne Marie Pitzal, individually as Sibling of James Michael Gray, Deceased | NJ | Sibling DOE AP103 in their own right as the Sibling of DOE AP103, Deceased | 1:15-cv-09903, 53, at 932 | James Michael Gray |
| 71 | Alicia Ruth Bush, individually as Sibling of Jeffrey M. Chairnoff, Deceased | PA | Sibling DOE AP105 in their own right as the Sibling of DOE AP105, Deceased | 1:15-cv-09903, 53, at 970 | Jeffrey M. Chairnoff |
| 72 | Sarah R. Chairnoff, individually as Child of Jeffrey M. Chairnoff, Deceased | NJ | DOE 50 | 1:15-cv-09903, 149, at 3 | Jeffrey M. Chairnoff |
| 73 | Deborah Ellen Sherman, individually as Sibling of Jeffrey M. Chairnoff, Deceased | PA | Sibling DOE AP106 in their own right as the Sibling of DOE AP106, Deceased | 1:15-cv-09903, 53, at 971 | Jeffrey M. Chairnoff |
| 74 | Barry Ksido, individually as Child of Lyudmila Ksido, Deceased | CA | Child DOE AP108 in their own right as the Child of DOE AP108, Deceased | 1:15-cv-09903, 53, at 983 | Lyudmila Ksido |
| 75 | Robert Ksido, individually as Child of Lyudmila Ksido, Deceased | NY | Child DOE AP107 in their own right as the Child of DOE AP107, Deceased | 1:15-cv-09903, 53, at 984 | Lyudmila Ksido |
| 76 | Georgeann Marie Smith, individually as Sibling of Rosemary Ann Smith, Deceased | NY | Sibling DOE AP110 in their own right as the Sibling of DOE AP110, Deceased | 1:15-cv-09903, 53, at 986 | Rosemary Ann Smith |
| 77 | Charles Anthony Smith, individually as Sibling of Rosemary Ann Smith, Deceased | NY | Sibling DOE AP109 in their own right as the Sibling of DOE AP109, Deceased | 1:15-cv-09903, 53, at 985 | Rosemary Ann Smith |
| 78 | Rebecca Taylor Adams, individually as Child of Donald L. Adams, Deceased | NJ | Child DOE AP201 in their own right as the Child of DOE AP201, Deceased | 1:15-cv-09903, 53, at 1021 | Donald L. Adams |
| 79 | Angela F. Lee, individually as Spouse and as Personal Representative of the Estate of David S. Lee, Deceased and on behalf of all beneficiaries of David S. Lee, Deceased | NY | Spouse DOE AP190 as Personal Representative of the Estate of DOE AP190, Deceased and on behalf of all beneficiaries of DOE AP190, Deceased | 1:15-cv-09903, 53, at 1901 | David S. Lee |
| 80 | Kellie Lee, individually as Spouse and as Personal Representative of the Estate of Daniel John Lee, Deceased and on behalf of all beneficiaries of Daniel John Lee, Deceased | NV | Spouse DOE AP289 as Personal Representative of the Estate of DOE AP289, Deceased and on behalf of all beneficiaries of DOE AP289, Deceased | 1:15-cv-09903, 53, at 3162 | Daniel John Lee |

| | | | | | |
|---|---|---|---|---|---|
| 81 | Agnes Marie McCaffrey, individually as Sibling of Orio Joseph Palmer, Deceased | NY | Sibling DOE AP116 in their own right as the Sibling of DOE AP116, Deceased | 1:15-cv-09903, 53, at 1082 | Orio Joseph Palmer |
| 82 | Katherine Ann Palmer, individually as Sibling of Orio Joseph Palmer, Deceased | CT | Sibling DOE AP118 in their own right as the Sibling of DOE AP118, Deceased | 1:15-cv-09903, 53, at 1083 | Orio Joseph Palmer |
| 83 | Vincent Alanson Palmer, individually as Sibling of Orio Joseph Palmer, Deceased | NY | Sibling DOE AP115 in their own right as the Sibling of DOE AP115, Deceased | 1:15-cv-09903, 53, at 1087 | Orio Joseph Palmer |
| 84 | Agnes Louise Palmer, individually as Parent of Orio Joseph Palmer, Deceased | NY | Parent DOE AP113 in their own right as the Parent of DOE AP113, Deceased | 1:15-cv-09903, 53, at 1081 | Orio Joseph Palmer |
| 85 | Stephen Orio Palmer, individually as Sibling of Orio Joseph Palmer, Deceased | NY | Sibling DOE AP114 in their own right as the Sibling of DOE AP114, Deceased | 1:15-cv-09903, 53, at 1086 | Orio Joseph Palmer |
| 86 | Orio A. Palmer, individually as Parent of Orio Joseph Palmer, Deceased | NY | Parent DOE AP112 in their own right as the Parent of DOE AP112, Deceased | 1:15-cv-09903, 53, at 1085 | Orio Joseph Palmer |
| 87 | Mary Frances Palmer-Murphy, individually as Sibling of Orio Joseph Palmer, Deceased | NY | Sibling DOE AP117 in their own right as the Sibling of DOE AP117, Deceased | 1:15-cv-09903, 53, at 1084 | Orio Joseph Palmer |
| 88 | Amanda Laura Kennedy, individually as Sibling of Keith David McHeffey, Deceased | NJ | Sibling DOE AP123 in their own right as the Sibling of DOE AP123, Deceased | 1:15-cv-09903, 53, at 1132 | Keith David McHeffey |
| 89 | Sharon Louis, individually as Spouse and as Personal Representative of the Estate of Stuart Seid Louis, Deceased and on behalf of all beneficiaries of Stuart Seid Louis, Deceased | NJ | Spouse DOE AP136 as Personal Representative of the Estate of DOE AP136, Deceased and on behalf of all beneficiaries of DOE AP136, Deceased | 1:15-cv-09903, 53, at 399 | Stuart Seid Louis |
| 90 | Elisabeth Lynch, individually as Spouse and as Personal Representative of the Estate of Robert H. Lynch, Jr., Deceased and on behalf of all beneficiaries of Robert H. Lynch, Jr., Deceased | NJ | Spouse DOE AP141 as Personal Representative of the Estate of DOE AP141, Deceased and on behalf of all beneficiaries of DOE AP141, Deceased | 1:15-cv-09903, 53, at 1047 | Robert H. Lynch, Jr. |
| 91 | Laura A. Maler, individually as Spouse and as Personal Representative of the Estate of Alfred Russell Maler, Deceased and on behalf of all beneficiaries of Alfred Russell Maler, Deceased | NJ | Spouse DOE AP126 as Personal Representative of the Estate of DOE AP126, Deceased and on behalf of all beneficiaries of DOE AP126, Deceased | 1:15-cv-09903, 53, at 1199 | Alfred Russell Maler |

| | | | | | |
|---|---|---|---|---|---|
| 92 | Jane Bernholz Maltby, individually as Spouse and as Personal Representative of the Estate of Christian H. Maltby, Deceased and on behalf of all beneficiaries of Christian H. Maltby, Deceased | NJ | Spouse DOE AP125 as Personal Representative of the Estate of DOE AP125, Deceased and on behalf of all beneficiaries of DOE AP125, Deceased | 1:15-cv-09903, 53, at 1177 | Christian H. Maltby |
| 93 | Kristine Camille DiLullo, individually as Sibling of John Anthony Sherry, Deceased | NY | Sibling DOE AP148 in their own right as the Sibling of DOE AP148, Deceased | 1:15-cv-09903, 53, at 1260 | John Anthony Sherry |
| 94 | Michele Sherry Mosca, individually as Sibling of John Anthony Sherry, Deceased | NY | Sibling DOE AP147 in their own right as the Sibling of DOE AP147, Deceased | 1:15-cv-09903, 53, at 1262 | John Anthony Sherry |
| 95 | Mary Ann Sherry, individually as Parent of John Anthony Sherry, Deceased | NY | Parent DOE AP144 in their own right as the Parent of DOE AP144, Deceased | 1:15-cv-09903, 53, at 1261 | John Anthony Sherry |
| 96 | Debra Sherry, individually as Sibling of John Anthony Sherry, Deceased | NY | Sibling DOE AP145 in their own right as the Sibling of DOE AP145, Deceased | 1:15-cv-09903, 53, at 1257 | John Anthony Sherry |
| 97 | Brian Joseph Weaver, individually as Sibling of Walter Weaver, Deceased | FL | Sibling DOE AP151 in their own right as the Sibling of DOE AP151, Deceased | 1:15-cv-09903, 53, at 1285 | Walter Weaver |
| 98 | Donna Molinaro, individually as Spouse and as Personal Representative of the Estate of Carl Eugene Molinaro, Deceased and on behalf of all beneficiaries of Carl Eugene Molinaro, Deceased | HI | Spouse DOE AP87 as Personal Representative of the Estate of DOE AP87, Deceased and on behalf of all beneficiaries of DOE AP87, Deceased | 1:15-cv-09903, 53, at 339 | Carl Eugene Molinaro |
| 99 | Kathryne Lois Hayde, individually as Sibling of Stephen G. Hoffman, Deceased | PA | Sibling DOE AP165 in their own right as the Sibling of DOE AP165, Deceased | 1:15-cv-09903, 53, at 1310 | Stephen G. Hoffman |
| 100 | Louise Nancy Heerey, individually as Sibling of Stephen G. Hoffman, Deceased | NY | Sibling DOE AP162 in their own right as the Sibling of DOE AP162, Deceased | 1:15-cv-09903, 53, at 1311 | Stephen G. Hoffman |
| 101 | Dorothy Marie Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | CA | Sibling DOE AP163 in their own right as the Sibling of DOE AP164, Deceased | 1:15-cv-09903, 53, at 1302 | Stephen G. Hoffman |
| 102 | Joe A. Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | CA | Sibling DOE AP157 in their own right as the Sibling of DOE AP157, Deceased | 1:15-cv-09903, 53, at 1308 | Stephen G. Hoffman |
| 103 | Paul Michael Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | CA | Sibling DOE AP159 in their own right as the Sibling of DOE AP159, Deceased | 1:15-cv-09903, 53, at 1313 | Stephen G. Hoffman |

| | | | | | |
|---|---|---|---|---|---|
| 104 | Mary Louise Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | NM | Sibling DOE AP166 in their own right as the Sibling of DOE AP166, Deceased | 1:15-cv-09903, 53, at 1312 | Stephen G. Hoffman |
| 105 | Helen Suzanne Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | NY | Sibling DOE AP164 in their own right as the Sibling of DOE AP164, Deceased | 1:15-cv-09903, 53, at 1305 | Stephen G. Hoffman |
| 106 | Caren A. Montano, individually as Spouse and as Personal Representative of the Estate of Craig D. Montano, Deceased and on behalf of all beneficiaries of Craig D. Montano, Deceased | MA | Spouse DOE AP152 as Personal Representative of the Estate of DOE AP152, Deceased and on behalf of all beneficiaries of DOE AP152, Deceased | 1:15-cv-09903, 53, at 1286 | Craig D. Montano |
| 107 | James Aloysius Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | NY | Sibling DOE AP161 in their own right as the Sibling of DOE AP161, Deceased | 1:15-cv-09903, 53, at 1306 | Stephen G. Hoffman |
| 108 | Francis Matthew Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | NY | Sibling DOE AP160 in their own right as the Sibling of DOE AP160, Deceased | 1:15-cv-09903, 53, at 1303 | Stephen G. Hoffman |
| 109 | Gregory Andrew Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | NY | Sibling DOE AP154 in their own right as the Sibling of DOE AP154, Deceased | 1:15-cv-09903, 53, at 1304 | Stephen G. Hoffman |
| 110 | John William Hoffman, individually as Sibling of Stephen G. Hoffman, Deceased | VA | Sibling DOE AP158 in their own right as the Sibling of DOE AP158, Deceased | 1:15-cv-09903, 53, at 1309 | Stephen G. Hoffman |
| 111 | Jean L. Hoffman, individually as Parent of Stephen G. Hoffman, Deceased | NY | Parent DOE AP156 in their own right as the Parent of DOE AP156, Deceased | 1:15-cv-09903, 53, at 1307 | Stephen G. Hoffman |
| 112 | Rosaleen Clare Shea, individually as Sibling of Mary Yolanda Dowling, Deceased | NY | Sibling DOE AP168 in their own right as the Sibling of DOE AP168, Deceased | 1:15-cv-09903, 53, at 1363 | Mary Yolanda Dowling |
| 113 | Mario Joseph Giordano, Jr., individually as Parent of Jeffrey Giordano, Deceased | NY | Parent DOE AP169 in their own right as the Parent of DOE AP169, Deceased | 1:15-cv-09903, 53, at 1430 | Jeffrey Giordano |
| 114 | Marie Scotto Giordano, individually as Spouse of Jeffrey Giordano, Deceased | NY | Spouse DOE AP199 in their own right as the Spouse of DOE AP199, Deceased | 1:15-cv-09903, 53, at 1429 | Jeffrey Giordano |
| 115 | Pamela Mozzillo-Yarosz, individually as Sibling of Christopher Michael Mozzillo, Deceased | NJ | Sibling DOE AP170 in their own right as the Sibling of DOE AP170, Deceased | 1:15-cv-09903, 53, at 1452 | Christopher Michael Mozzillo |
| 116 | Jill Anne McCullough, individually as Sibling of James Robert Ostrowski, Deceased | NY | Sibling DOE AP171 in their own right as the Sibling of DOE AP171, Deceased | 1:15-cv-09903, 53, at 1466 | James Robert Ostrowski |

| | | | | | |
|---|---|---|---|---|---|
| 117 | Carol Ann Olsen, individually as Parent of Jeffrey James Olsen, Deceased | NY | Parent DOE AP172 in their own right as the Parent of DOE AP172, Deceased | 1:15-cv-09903, 53, at 1471 | Jeffrey James Olsen |
| 118 | Neil Charles Olsen, individually as Sibling of Jeffrey James Olsen, Deceased | NY | Sibling DOE AP173 in their own right as the Sibling of DOE AP173, Deceased | 1:15-cv-09903, 53, at 1474 | Jeffrey James Olsen |
| 119 | John Peter Olsen, individually as Sibling of Jeffrey James Olsen, Deceased | NY | Sibling DOE AP174 in their own right as the Sibling of DOE AP174, Deceased | 1:15-cv-09903, 53, at 1473 | Jeffrey James Olsen |
| 120 | Jane C. Wilson, individually as Sibling of Jeffrey James Olsen, Deceased | NY | Sibling DOE AP175 in their own right as the Sibling of DOE AP175, Deceased | 1:15-cv-09903, 53, at 1472 | Jeffrey James Olsen |
| 121 | Alice R. Regan, individually as Parent of Donald Regan, Deceased | NY | Parent DOE AP927 in their own right as the Parent of DOE AP927, Deceased | 1:15-cv-09903, 53, at 1486 | Donald Regan |
| 122 | Suzanne Oelschlager, individually as Spouse and as Personal Representative of the Estate of Douglas E. Oelschlager, Deceased and on behalf of all beneficiaries of Douglas E. Oelschlager, Deceased | NY | Spouse DOE AP44 as Personal Representative of the Estate of DOE AP44, Deceased and on behalf of all beneficiaries of DOE AP44, Deceased | 1:15-cv-09903, 53, at 207 | Douglas E. Oelschlager |
| 123 | Philip Trumbull Smith, III, individually as Sibling of Karl T. Smith, Deceased | NJ | Sibling DOE AP187 in their own right as the Sibling of DOE AP187, Deceased | 1:15-cv-09903, 53, at 1630 | Karl T. Smith |
| 124 | Karl Trumbull Smith, Jr., individually as Child of Karl T. Smith, Deceased | VA | Child DOE AP186 in their own right as the Child of DOE AP186, Deceased | 1:15-cv-09903, 53, at 1626 | Karl T. Smith |
| 125 | Daniel D'Allara, individually as Sibling of John D'Allara, Deceased | NY | Sibling DOE AP188 in their own right as the Sibling of DOE AP188, Deceased | 1:15-cv-09903, 53, at 1723 | John D'Allara |
| 126 | Marta Elisabeth Peterson, individually as Parent and as Personal Representative of the Estate of Davin N. Peterson, Deceased, and on behalf of all beneficiaries of Davin N. Peterson, Deceased | NY | Parent DOE AP36 as Personal Representative of the Estate of DOE AP36, Deceased and on behalf of all beneficiaries of DOE AP36, Deceased | 1:15-cv-09903, 53, at 105 | Davin N. Peterson |
| 127 | Jean Lucido Prisco, individually as Spouse and as Personal Representative of the Estate of Martin Lizzul, Deceased and on behalf of all beneficiaries of Martin Lizzul, Deceased | NY | Spouse DOE AP256 as Personal Representative of the Estate of DOE AP256, Deceased and on behalf of all beneficiaries of DOE AP256, Deceased | 1:15-cv-09903, 53, at 3126 | Martin Lizzul |

| | | | | | |
|---|---|---|---|---|---|
| 128 | Cirilo Flores Fernandez, individually as Parent of Judy Hazel Fernandez, Deceased | NJ | Parent DOE AP22 in their own right as the Parent of DOE AP22, Deceased | 1:15-cv-09903, 53, at 1945 | Judy Hazel Fernandez |
| 129 | Marianne Cathleen Merritt, individually as Sibling of Christopher Martel Morrison, Deceased | MA | Sibling DOE AP193 in their own right as the Sibling of DOE AP193, Deceased | 1:15-cv-09903, 53, at 1950 | Christopher Martel Morrison |
| 130 | Cara Ann Morrison, individually as Sibling of Christopher Martel Morrison, Deceased | MA | Sibling DOE AP194 in their own right as the Sibling of DOE AP194, Deceased | 1:15-cv-09903, 53, at 1948 | Christopher Martel Morrison |
| 131 | Maureen Ann Morrison, individually as Parent of Christopher Martel Morrison, Deceased | MA | Parent DOE AP192 in their own right as the Parent of DOE AP192, Deceased | 1:15-cv-09903, 53, at 1951 | Christopher Martel Morrison |
| 132 | Joseph Edward Morrison, individually as Parent of Christopher Martel Morrison, Deceased | MA | Parent DOE AP191 in their own right as the Parent of DOE AP191, Deceased | 1:15-cv-09903, 53, at 1949 | Christopher Martel Morrison |
| 133 | Aleksandr Rapoport, individually as Child and as Personal Representative of the Estate of Faina Aronovna Rapoport, Deceased and on behalf of all beneficiaries of Faina Aronovna Rapoport, Deceased | NY | Child DOE AP97 as Personal Representative of the Estate of DOE AP97, Deceased and on behalf of all beneficiaries of DOE AP97, Deceased | 1:15-cv-09903, 53, at 816 | Faina Aronovna Rapoport |
| 134 | Geraldine Marie Sweeney, individually as Sibling of Paul Dario Curioli, Deceased | NY | Sibling DOE AP197 in their own right as the Sibling of DOE AP197, Deceased | 1:15-cv-09903, 53, at 2047 | Paul Dario Curioli |
| 135 | Brian Peter Vitale, individually as Sibling of Joshua S. Vitale, Deceased | NY | Sibling DOE AP224 in their own right as the Sibling of DOE AP224, Deceased | 1:15-cv-09903, 53, at 2085 | Joshua S. Vitale |
| 136 | Julia Emilia Rodriguez, individually as Sibling of Gregory E. Rodriguez, Deceased | NH | Sibling DOE AP209 in their own right as the Sibling of DOE AP209, Deceased | 1:15-cv-09903, 53, at 2101 | Gregory E. Rodriguez |
| 137 | Tara Rae Allison, individually as Child of Robert S. Speisman, Deceased | NY | DOE 136 | 1:19-cv-00041, 1, Appx. pg. 14 | Robert S. Speisman |
| 138 | Brittany Belle Kugler, individually as Child of Robert S. Speisman, Deceased | NY | DOE 136 | 1:19-cv-00041, 1, Appx. pg. 14 | Robert S. Speisman |
| 139 | Hayley Rose Speisman, individually as Child of Robert S. Speisman, Deceased | NY | DOE 136 | 1:19-cv-00041, 1, Appx. pg. 14 | Robert S. Speisman |

| | | | | | |
|---|---|---|---|---|---|
| 140 | Julia S.W. Rathkey, individually as Spouse and as Personal Representative of the Estate of David A.J. Rathkey, Deceased and on behalf of all beneficiaries of David A.J. Rathkey, Deceased | NY | Spouse DOE AP220 as Personal Representative of the Estate of DOE AP220, Deceased and on behalf of all beneficiaries of DOE AP220, Deceased | 1:15-cv-09903, 53, at 2428 | David A.J. Rathkey |
| 141 | Deborah J. Popadiuk, individually as Sibling of Claude Daniel Richards, Deceased | TN | Sibling DOE AP217 in their own right as the Sibling of DOE AP217, Deceased | 1:15-cv-09903, 53, at 2194 | Claude Daniel Richards |
| 142 | Carroll Thomas Richards, individually as Sibling of Claude Daniel Richards, Deceased | TN | Sibling DOE AP214 in their own right as the Sibling of DOE AP214, Deceased | 1:15-cv-09903, 53, at 2193 | Claude Daniel Richards |
| 143 | Helen Kay Rochler, individually as Sibling of Claude Daniel Richards, Deceased | NY | Sibling DOE AP215 in their own right as the Sibling of DOE AP215, Deceased | 1:15-cv-09903, 53, at 2195 | Claude Daniel Richards |
| 144 | Linda Mae Zupo, individually as Sibling of Claude Daniel Richards, Deceased | CA | Sibling DOE AP216 in their own right as the Sibling of DOE AP216, Deceased | 1:15-cv-09903, 53, at 2196 | Claude Daniel Richards |
| 145 | Mary Ann Fetchet, individually as Parent of Bradley James Fetchet, Deceased | CT | Parent DOE AP219 in their own right as the Parent of DOE AP219, Deceased | 1:15-cv-09903, 53, at 2323 | Bradley James Fetchet |
| 146 | Melanie Wolcott Salisbury, individually as Spouse and as Personal Representative of the Estate of Edward R. Hennessy, Jr., Deceased and on behalf of all beneficiaries of Edward R. Hennessy, Jr., Deceased | MA | Spouse DOE AP25 as Personal Representative of the Estate of DOE AP25, Deceased and on behalf of all beneficiaries of DOE AP25, Deceased | 1:15-cv-09903, 53, at 24 | Edward R. Hennessy, Jr. |
| 147 | Roy Hudson, individually as Sibling of Joyce Patricia Smith, Deceased | United Kingdom | Sibling DOE AP284 in their own right as the Sibling of DOE AP284, Deceased | 1:15-cv-09903, 53, at 2460 | Joyce Patricia Smith |
| 148 | Antonio Marella Caguicla, individually as Sibling of Cecile Marella Caguicla, Deceased | Philippines | Sibling DOE AP231 in their own right as the Sibling of DOE AP231, Deceased | 1:15-cv-09903, 53, at 2478 | Cecile Marella Caguicla |
| 149 | Asuncion Chona Caguicla Soriano, individually as Sibling of Cecile Marella Caguicla, Deceased | Philippines | Sibling DOE AP229 in their own right as the Sibling of DOE AP229, Deceased | 1:15-cv-09903, 53, at 2480 | Cecile Marella Caguicla |
| 150 | Maria Mercedes Caguicla Chavez, individually as Sibling of Cecile Marella Caguicla, Deceased | Philippines | Sibling DOE AP232 in their own right as the Sibling of DOE AP232, Deceased | 1:15-cv-09903, 53, at 2482 | Cecile Marella Caguicla |

| | | | | | |
|---|---|---|---|---|---|
| 151 | Anarkali Sarkar, individually as Spouse and as Personal Representative of the Estate of Kalyan K. Sarkar, Deceased and on behalf of all beneficiaries of Kalyan K. Sarkar, Deceased | MD | Spouse DOE AP14 as Personal Representative of the Estate of DOE AP14, Deceased and on behalf of all beneficiaries of DOE AP14, Deceased | 1:15-cv-09903, 53, at 239 | Kalyan K. Sarkar |
| 152 | Bernardine Gerie C. Rana, individually as Sibling of Cecile Marella Caguicla, Deceased | Australia | Sibling DOE AP230 in their own right as the Sibling of DOE AP230, Deceased | 1:15-cv-09903, 53, at 2479 | Cecile Marella Caguicla |
| 153 | Maria Lourdes C. Rodriguez, individually as Sibling of Cecile Marella Caguicla, Deceased | Philippines | Sibling DOE AP233 in their own right as the Sibling of DOE AP233, Deceased | 1:15-cv-09903, 53, at 2481 | Cecile Marella Caguicla |
| 154 | Dana Horning Crepeau, individually as Sibling of Matthew D. Horning, Deceased | VA | Sibling DOE AP227 in their own right as the Sibling of DOE AP227, Deceased | 1:15-cv-09903, 53, at 2535 | Matthew D. Horning |
| 155 | Diane J. Horning, individually as Parent of Matthew D. Horning, Deceased | NJ | Parent DOE AP226 in their own right as the Parent of DOE AP226, Deceased | 1:15-cv-09903, 53, at 2536 | Matthew D. Horning |
| 156 | Paul Robert Schertzer, individually as Parent and as Personal Representative of the Estate of Scott Mitchell Schertzer, Deceased and on behalf of all beneficiaries of Scott Mitchell Schertzer, Deceased | NJ | Parent DOE AP58 as Personal Representative of the Estate of DOE AP58, Deceased and on behalf of all beneficiaries of DOE AP58, Deceased | 1:15-cv-09903, 53, at 310 | Scott Mitchell Schertzer |
| 157 | Ruth de Vere, individually as Sibling of Melanie Louise De Vere, Deceased | United Kingdom | Sibling DOE AP287 in their own right as the Sibling of DOE AP287, Deceased | 1:15-cv-09903, 53, at 3555 | Melanie Louise De Vere |
| 158 | Edwina Carrington, individually as Sibling of Jeremy Mark Carrington, Deceased | United Kingdom | Sibling DOE AP274 in their own right as the Sibling of DOE AP274, Deceased | 1:15-cv-09903, 53, at 3559 | Jeremy Mark Carrington |
| 159 | Michael Rodney Carrington, individually as Parent of Jeremy Mark Carrington, Deceased | United Kingdom | Parent DOE AP272 in their own right as the Parent of DOE AP272, Deceased | 1:15-cv-09903, 53, at 3560 | Jeremy Mark Carrington |
| 160 | Denise Marie Scott, individually as Spouse and as Personal Representative of the Estate of Randolph Scott, Deceased and on behalf of all beneficiaries of Randolph Scott, Deceased | SC | Spouse DOE AP76 as Personal Representative of the Estate of DOE AP76, Deceased and on behalf of all beneficiaries of DOE AP76, Deceased | 1:15-cv-09903, 53, at 370 | Randolph Scott |
| 161 | Justin Michael Bennett, individually as Sibling of Oliver Duncan Bennett, Deceased | ME | Sibling DOE AP243 in their own right as the Sibling of DOE AP243, Deceased | 1:15-cv-09903, 53, at 3572 | Oliver Duncan Bennett |

| | | | | | |
|---|---|---|---|---|---|
| 162 | Revakuvar Parmar, individually as Parent of Hashmukhrai C. Parmar, Deceased | United Kingdom | Parent DOE AP924 in their own right as the Parent of DOE AP924, Deceased | 1:15-cv-09903, 53, at 3007 | Hashmukhrai C. Parmar |
| 163 | Manoj Parmar, individually as Sibling of Hashmukhrai C. Parmar, Deceased | United Kingdom | Sibling DOE AP269 in their own right as the Sibling of DOE AP269, Deceased | 1:15-cv-09903, 53, at 3006 | Hashmukhrai C. Parmar |
| 164 | Dhirajlal Parmar, individually as Sibling of Hashmukhrai C. Parmar, Deceased | United Kingdom | Sibling DOE AP268 in their own right as the Sibling of DOE AP268, Deceased | 1:15-cv-09903, 53, at 3005 | Hashmukhrai C. Parmar |
| 165 | Alfred Boulton, individually as Sibling of J. Howard Boulton, Jr., Deceased | Venezuela | Sibling DOE AP262 in their own right as the Sibling of DOE AP262, Deceased | 1:15-cv-09903, 53, at 3582 | J. Howard Boulton, Jr. |
| 166 | Sarah Elizabeth Siller, individually as Spouse and as Personal Representative of the Estate of Stephen G. Siller, Deceased and on behalf of all beneficiaries of Stephen G. Siller, Deceased | NY | Spouse DOE AP210 as Personal Representative of the Estate of DOE AP210, Deceased and on behalf of all beneficiaries of DOE AP210, Deceased | 1:15-cv-09903, 53, at 2155 | Stephen G. Siller |
| 167 | Renata Szokoloczi, individually as Parent of J. Howard Boulton, Jr., Deceased | Venezuela | Parent DOE AP261 in their own right as the Parent of DOE AP261, Deceased | 1:15-cv-09903, 53, at 3583 | J. Howard Boulton, Jr. |
| 168 | Susan Julia Lauria, individually as Sibling of Martin Lizzul, Deceased | NY | Sibling DOE AP258 in their own right as the Sibling of DOE AP258, Deceased | 1:15-cv-09903, 53, at 3129 | Martin Lizzul |
| 169 | Dana Mary Lizzul, individually as Sibling of Martin Lizzul, Deceased | NY | Sibling DOE AP259 in their own right as the Sibling of DOE AP259, Deceased | 1:15-cv-09903, 53, at 3127 | Martin Lizzul |
| 170 | Julia Ann Lizzul, individually as Parent of Martin Lizzul, Deceased | NY | Parent DOE AP257 in their own right as the Parent of DOE AP257, Deceased | 1:15-cv-09903, 53, at 3128 | Martin Lizzul |
| 171 | Rena Tempelsman Speisman, individually as Spouse and as Personal Representative of the Estate of Robert S. Speisman, Deceased and on behalf of all beneficiaries of Robert S. Speisman, Deceased | NY | Spouse DOE AP211 as Personal Representative of the Estate of DOE AP211, Deceased and on behalf of all beneficiaries of DOE AP211, Deceased | 1:15-cv-09903, 53, at 2131 | Robert S. Speisman |
| 172 | Neda Bolourchi, individually as Child of Touri Hamzavi Bolourchi, Deceased | CA | Child DOE AP251 in their own right as the Child of DOE AP251, Deceased | 1:15-cv-09903, 53, at 3167 | Touri Hamzavi Bolourchi |
| 173 | Kristie Rogers, individually as Sibling of Karlie Barbara Rogers, Deceased | United Kingdom | Sibling DOE AP292 in their own right as the Sibling of DOE AP292, Deceased | 1:15-cv-09903, 53, at 3597 | Karlie Barbara Rogers |

| | | | | | |
|---|---|---|---|---|---|
| 174 | Andrew John, individually as Sibling of Nicholas John, Deceased | United Kingdom | Sibling DOE AP281 in their own right as the Sibling of DOE AP281, Deceased | 1:15-cv-09903, 53, at 3252 | Nicholas John |
| 175 | Enfys John, individually as Parent of Nicholas John, Deceased | United Kingdom | Parent DOE AP280 in their own right as the Parent of DOE AP280, Deceased | 1:15-cv-09903, 53, at 3253 | Nicholas John |
| 176 | Terry Strada, individually as Spouse and as Personal Representative of the Estate of Thomas Strada, Deceased and on behalf of all beneficiaries of Thomas Strada, Deceased | FL | Spouse DOE AP2 as Personal Representative of the Estate of DOE AP2, Deceased and on behalf of all beneficiaries of DOE AP2, Deceased | 1:15-cv-09903, 53, at 194 | Thomas Strada |
| 177 | Paul Robert Cudmore, individually as Sibling of Neil James Cudmore, Deceased | United Kingdom | Sibling DOE AP266 in their own right as the Sibling of DOE AP266, Deceased | 1:15-cv-09903, 53, at 3326 | Neil James Cudmore |
| 178 | Keith Trevor Cudmore, individually as Sibling of Neil James Cudmore, Deceased | United Kingdom | Sibling DOE AP265 in their own right as the Sibling of DOE AP265, Deceased | 1:15-cv-09903, 53, at 3325 | Neil James Cudmore |
| 179 | Sheila Morgan, individually as Parent of Sheila Morgan, Deceased | United Kingdom | Parent DOE AP263 in their own right as the Parent of DOE AP263, Deceased | 1:15-cv-09903, 53, at 3327 | Neil James Cudmore |
| 180 | Susan Elizabeth Prothero, individually as Parent of Sarah Anne Redheffer, Deceased | United Kingdom | Parent DOE AP270 in their own right as the Parent of DOE AP270, Deceased | 1:15-cv-09903, 53, at 3612 | Sarah Anne Redheffer |
| 181 | David John Prothero, individually as Parent of Sarah Anne Redheffer, Deceased | United Kingdom | Parent DOE AP271 in their own right as the Parent of DOE AP271, Deceased | 1:15-cv-09903, 53, at 3610 | Sarah Anne Redheffer |
| 182 | Joanna Kathleen Wells, individually as Sibling of Vincent Michael Wells, Deceased | United Kingdom | Sibling DOE AP278 in their own right as the Sibling of DOE AP278, Deceased | 1:15-cv-09903, 53, at 3615 | Vincent Michael Wells |
| 183 | Winifred Bristow, individually as Parent of Paul Gary Bristow, Deceased | United Kingdom | Parent DOE AP283 in their own right as the Parent of DOE AP283, Deceased | 1:15-cv-09903, 53, at 3329 | Paul Gary Bristow |
| 184 | Jennifer Tarantino, individually as Spouse and as Personal Representative of the Estate of Kenneth Joseph Tarantino, Deceased and on behalf of all beneficiaries of Kenneth Joseph Tarantino, Deceased | NJ | Spouse DOE AP134 as Personal Representative of the Estate of DOE AP134, Deceased and on behalf of all beneficiaries of DOE AP134, Deceased | 1:15-cv-09903, 53, at 64 | Kenneth Joseph Tarantino |

| | | | | | |
|---|---|---|---|---|---|
| 185 | Robin Marie Wade, individually as Spouse and as Personal Representative of the Estate of Claude Michael Gann, Deceased and on behalf of all beneficiaries of Claude Michael Gann, Deceased | GA | Spouse DOE AP246 as Personal Representative of the Estate of DOE AP246, Deceased and on behalf of all beneficiaries of DOE AP246, Deceased | 1:15-cv-09903, 53, at 2859 | Claude Michael Gann |
| 186 | Ryan W. Duffy, individually as Child of Thomas W. Duffy, Deceased | NY | Child DOE AP253 in their own right as the Child of DOE AP253, Deceased | 1:15-cv-09903, 53, at 3482 | Thomas W. Duffy |
| 187 | Jason T. Duffy, individually as Child of Thomas W. Duffy, Deceased | NY | Child DOE AP252 in their own right as the Child of DOE AP252, Deceased | 1:15-cv-09903, 53, at 3481 | Thomas W. Duffy |
| 188 | Richard Matthew Gary, individually as Child of Bruce Henry Gary, Deceased | NY | Child DOE AP925 in their own right as the Child of DOE AP925, Deceased | 1:15-cv-09903, 53, at 3484 | Bruce Henry Gary |
| 189 | Jessica Katherine Kostaris, individually as Child of Bruce Henry Gary, Deceased | NY | Child DOE AP925 in their own right as the Child of DOE AP925, Deceased | 1:15-cv-09903, 53, at 3485 | Bruce Henry Gary |