| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Christine A. Anchundia and Elias A. Anchundia as Co-Representatives of the Estate of Joseph P. Anchundia, Deceased | Christine A. Anchundia as Personal Representative of the Estate of Joseph P. Anchundia, Deceased and on behalf of all beneficiaries of Joseph P. Anchundia | 1:15-cv-09903, 53, at 2923 | Joseph P. Anchundia |
| 2 | Gina Laura Giovanniello and Ralph Angrisani as Co-Representatives of the Estate of Doreen J. Angrisani, Deceased | Giovanniello, Gina Laura, as Personal Representative of the Estate of Doreen J. Angrisani, Deceased and on behalf of all beneficiaries of Doreen J. Angrisani | 1:19-cv-00041, 1, Appx. Pg. 15 | Doreen J. Angrisani |
| 3 | Michael Thomas Bavis, as Personal Representative of the Estate of Mark Lawrence Bavis, Deceased | Mary Bavis, as Personal Representative of the Estate of Mark Lawrence Bavis, Deceased and on behalf of all beneficiaries of Mark Lawrence Bavis | 1:15-cv-09903, 53, at 47 | Mark Lawrence Bavis |
| 4 | Marina Denise Paulie and John Benedetto as Co-Personal Representatives of the Estate of Denise Lenore Benedetto, Deceased | Benedetto, John, individually and as Personal Representative of the Estate of Denise Lenore Benedetto | 1:15-cv-09903, 53, at 586, 5511-1 | Denise Lenore Benedetto |
| 5 | Keith Andrew Blass, as Personal Representative of the Estate of Craig Michael Blass, Deceased | Neil Blass, as Personal Representative of the Estate of Craig Michael Blass, Deceased and on behalf of all beneficiaries of Craig Michael Blass | 1:15-cv-09903, 53, at 3332 | Craig Michael Blass |
| 6 | Gina Marie Grassi, as Personal Representative of the Estate of Pamela J. Boyce, Deceased | Laura Alessi, as Personal Representative of the Estate of Pamela J. Boyce, Deceased and on behalf of all beneficiaries of Pamela J. Boyce | 1:15-cv-09903, 53, at 1210 | Pamela J. Boyce |
| 7 | Nicholas Michael Brandemarti, as Personal Representative of the Estate of Nicholas W. Brandemarti, Deceased | Nancy Brandemarti, as Personal Representative of the Estate of Nicholas W. Brandemarti, Deceased and on behalf of all beneficiaries of Nicholas W. Brandemarti | 1:15-cv-09903, 53, at 3315 | Nicholas W. Brandemarti |
| 8 | Susan Quigley, as Personal Representative of the Estate of Stephen Bunin, Deceased | Personal Representative of the Estate of Stephen Bunin | 1:19-cv-00041, 1, Appx. Pg. 18 | Stephen Bunin |
| 9 | Veronica Caggiano and Albert E. Caggiano, Jr. as Co-Representatives of the Estate of Richard M. Caggiano, Deceased | Veronica Caggiano, as Personal Representative of the Estate of Richard M. Caggiano, Deceased and on behalf of all beneficiaries of Richard M. Caggiano | 1:15-cv-09903, 53, at 2063 | Richard M. Caggiano |
| 10 | Peter Matthew Canty, as Personal Representative of the Estate of Michael R. Canty, Deceased | Edward J. Canty, as Personal Representative of the Estate of Michael R. Canty, Deceased and on behalf of all beneficiaries of Michael R. Canty | 1:15-cv-09903, 53, at 2269 | Michael R. Canty |
| 11 | Maureen Keefe, as Personal Representative of the Estate of William Joseph Cashman, Deceased | Margaret Ann Cashman, as Personal Representative of the Estate of William Joseph Cashman, Deceased and on behalf of all beneficiaries of William Joseph Cashman | 1:15-cv-09903, 53, at 1698 | William Joseph Cashman |

| | | | | |
|---|---|---|---|---|
| 12 | Brendan K. Cawley, as Personal Representative of the Estate of Michael Joseph Cawley, Deceased | John J. Cawley, as Personal Representative of the Estate of Michael Joseph Cawley, Deceased and on behalf of all beneficiaries of Michael Joseph Cawley | 1:15-cv-09903, 53, at 1905 | Michael Joseph Cawley |
| 13 | Michelle Ruth Chalcoff, as Personal Representative of the Estate of William Chalcoff, Deceased | Mable Chalcoff, as Personal Representative of the Estate of William Chalcoff, Deceased and on behalf of all beneficiaries of William Chalcoff | 1:15-cv-09903, 53, at 1591 | William Alexander Chalcoff |
| 14 | Elaine Chevalier as Personal Representative of the Estate of Swede Joseph Chevalier, Deceased | Parent Doe AP119 as Personal Representative of the Estate of Doe AP119, Deceased and on behalf of all beneficiaries of Doe AP119 | 1:15-cv-09903, 53, at 1125 | Swede Joseph Chevalier |
| 15 | Marcia Elaine Cohen, as Personal Representative of the Estate of Kevin Sanford Cohen, Deceased | Barry Cohen, as Personal Representative of the Estate of Kevin Sanford Cohen, Deceased and on behalf of all beneficiaries of Kevin Sanford Cohen | 1:15-cv-09903, 53, at 397 | Kevin Sanford Cohen |
| 16 | Kimberly Patrice Conlon, as Personal Representative of the Estate of Susan Clancy Conlon, Deceased | Conlon, John Patrick, as Personal Representative of the Estate of Susan Clancy Conlon | 1:19-cv-00041, 1, Appx. Pg. 14 | Susan Clancy Conlon |
| 17 | Sylvia L. Connors and Sheila Connors LeDuc as Co-Representatives of the Estate of Kevin P. Connors, Deceased | Sylvia L. Connors, as Personal Representative of the Estate of Kevin P. Connors, Deceased and on behalf of all beneficiaries of Kevin P. Connors | 1:15-cv-09903, 53, at 190 | Kevin P. Connors |
| 18 | Frederick Osterhoudt Cox and Ann Mason Douglas as Co-Representatives of the Estate of Fred John Cox, Deceased | Frederick Osterhoudt Cox, as Personal Representative of the Estate of Fred John Cox, Deceased and on behalf of all beneficiaries of Fred John Cox | 1:15-cv-09903, 53, at 688 | Fred John Cox |
| 19 | Susan Lynne Kinney, as Personal Representative of the Estate of Christopher Seton Cramer, Deceased | Walter S. Cramer, as Personal Representative of the Estate of Christopher Seton Cramer, Deceased and on behalf of all beneficiaries of Christopher Seton Cramer | 1:15-cv-09903, 53, at 1061, 9622 at 3 | Christopher Seton Cramer |
| 20 | Abigail Jane Carter, as Personal Representative of the Estate of Caleb Arron Dack, Deceased | Spouse Doe AP181, as Personal Representative of the Estate of Doe AP181, Deceased and on behalf of all beneficiaries of Doe AP181, Deceased | 1:15-cv-09903, 53, at 103, 10036 | Caleb Arron Dack |
| 21 | Jason Matthew Dahl, Jr., as Personal Representative of the Estate of Jason M. Dahl, Deceased | Sheryl Clark Stoll, as Personal Representative of the Estate of Jason M. Dahl, Deceased and on behalf of all beneficiaries of Jason M. Dahl | 1:15-cv-09903, 53, at 1999 | Jason M. Dahl |
| 22 | Jacques Dan-El Debeuneure and Jalin Danielle Debeuneure as Co-Representatives of the Estate of James D. Debeuneure, Deceased | Jacques Dan-El Debeuneure, as Personal Representative of the Estate of James D. Debeuneure, Deceased and on behalf of all beneficiaries of James D. Debeuneure | 1:15-cv-09903, 53, at 1605 | James D. Debeuneure |
| 23 | William Henry Doyle, Jr., as Personal Representative of the Estate of Joseph Michael Doyle, Deceased | William Doyle, Sr., as Personal Representative of the Estate of Joseph Michael Doyle, Deceased and on behalf of all beneficiaries of Joseph Michael Doyle | 1:15-cv-09903, 53, at 180 | Joseph Michael Doyle |

|  | | | | |
|---|---|---|---|---|
| 24 | Paula Shapiro and Carl Jones Eisenberg as Co-Representatives of the Estate of Eric Adam Eisenberg, Deceased | Paula Shapiro, as Personal Representative of the Estate of Eric Adam Eisenberg, Deceased and on behalf of all beneficiaries of Eric Adam Eisenberg | 1:15-cv-09903, 53, at 2998 | Eric Adam Eisenberg |
| 25 | Charles Reggie Evans, Jr., and Gary Michael Evans as Co-Representatives of the Estate of Eric Brian Evans, Deceased | Charles R. Evans, as Personal Representative of the Estate of Eric Brian Evans, Deceased and on behalf of all beneficiaries of Eric Brian Evans        Corrine J. Evans, as Personal Representative of the Estate of Eric Brian Evans, Deceased and on behalf of all beneficiaries of Eric Brian Evans | 1:15-cv-09903, 53, at 1102 | Eric Brian Evans |
| 26 | Carole Lynn Ricci as Representative of the Estate of Robert John Fangman, Deceased | Ruth M. Fangman, as Personal Representative of the Estate of Robert John Fangman, Deceased and on behalf of all beneficiaries of Robert John Fangman | 1:15-cv-09903, 53, at 3270 | Robert John Fangman |
| 27 | Carole Lovero, Sr., as Personal Representative of the Estate of Robert Fazio, Jr., Deceased | Robert Fazio, Sr., as Personal Representative of the Estate of Robert Fazio, Jr., Deceased and on behalf of all beneficiaries of Robert Fazio, Jr. | 1:15-cv-09903, 53, at 3010 | Robert Fazio, Jr. |
| 28 | Andrew Charles Fialko, as Personal Representative of the Estate of Jennifer Louise Fialko, Deceased | Evelyn L. Fialko, as Personal Representative of the Estate of Jennifer Louise Fialko, Deceased and on behalf of all beneficiaries of Jennifer Louise Fialko | 1:15-cv-09903, 53, at 1759 | Jennifer Louise Fialko |
| 29 | Susan Huntington Fisher, as Personal Representative of the Estate of Bennett Lawson Fisher, Deceased | Spouse Doe AP240, as Personal Representative of the Estate of DOE AP240, Deceased and on behalf of all beneficiaries of DOE AP240, Deceased | 1:15-cv-09903, 53, at 2698 | Bennett Lawson Fisher |
| 30 | Michael Embree Flagg and Marcus Wilson Flagg as Co-Representatives of the Estate of Darlene Embree Flagg, Deceased | Michael E. Flagg, as Personal Representative of the Estate of Darlene Embree Flagg, Deceased and on behalf of all beneficiaries of Darlene Embree Flagg | 1:15-cv-09903, 53, at 3210, 4778, at 3 | Darlene Embree Flagg |
| 31 | Christian Crane Croner, as Personal Representative of the Estate of Jospeh W. Flounders, Deceased | Lila May Walkden Flounders, as Personal Representative of the Estate of Jospeh W. Flounders, Deceased and on behalf of all beneficiaries of Joseph W. Flounders | 1:15-cv-09903, 53, at 2000 | Joseph W. Flounders |
| 32 | Cathy G. D'Alessandro, as Personal Representative of the Estate of Rocco Nino Gargano, Deceased | Antonia Gargano, as Personal Representative of the Estate of Rocco Nino Gargano, Deceased and on behalf of all beneficiaries of Rocco Nino Gargano | 1:15-cv-09903, 53, at 3036 | Rocco Nino Gargano |
| 33 | Marc J. Gottridge, as Personal Representative of the Estate of Ralph Gerhardt, Deceased | Hans J. Gerhardt, as Personal Representative of the Estate of Ralph Gerhardt, Deceased and on behalf of all beneficiaries of Ralph Gerhardt | 1:15-cv-09903, 53, at 3501 | Ralph Gerhardt |

| | | | | |
|---|---|---|---|---|
| 34 | Daniel Aaron Gerlich, as Personal Representative of the Estate of Robert J. Gerlich, Deceased | Rochelle Gerlich, as Personal Representative of the Estate of Robert J. Gerlich, Deceased and on behalf of all beneficiaries of Robert J. Gerlich | 1:15-cv-09903, 53, at 2863 | Robert J. Gerlich |
| 35 | Marie Myriam Jean-Gilles, as Personal Representative of the Estate of Mark Y. Gilles, Deceased | Gisele Jean-Gilles, as Personal Representative of the Estate of Mark Y. Gilles, Deceased and on behalf of all beneficiaries of Mark Y. Gilles | 1:15-cv-09903, 53, at 2378 | Mark Y. Gilles |
| 36 | Veronica Andrea Squef, as Personal Representative of the Estate of Keith Alexander Glascoe, Deceased | Benjamin Alexander Glascoe, as Personal Representative of the Estate of Keith Alexander Glascoe, Deceased and on behalf of all beneficiaries of Keith Alexander Glascoe | 1:15-cv-09903, 53, at 1221 | Keith Alexander Glascoe |
| 37 | David Mechanic, as Personal Representative of the Estate of Barry H. Glick, Deceased | Judith M. Glick, as Personal Representative of the Estate of Barry H. Glick, Deceased and on behalf of all beneficiaries of Barry H. Glick | 1:15-cv-09903, 53, at 3204 | Barry H. Glick |
| 38 | Jennifer Hernandez, as Personal Representative of the Estate of Rosa J. Gonzalez, Deceased | Migdalia Coleman, as Personal Representative of the Estate of Rosa J. Gonzalez, Deceased and on behalf of all beneficiaries of Rosa J. Gonzalez | 1:15-cv-09903, 53, at 2474 | Rosa J. Gonzalez |
| 39 | Janet Walker Gray, as Personal Representative of the Estate of Christopher Stewart Gray, Deceased | James S. Gray, as Personal Representative of the Estate of Christopher Stewart Gray, Deceased and on behalf of all beneficiaries of Christopher Stewart Gray | 1:15-cv-09903, 53, at 2901 | Christopher Stewart Gray |
| 40 | Kyle Elizabeth Bickford, as Personal Representative of the Estate of Dana Rey Hannon, Deceased | Thomas Hannon, as Personal Representative of the Estate of Dana Rey Hannon, Deceased and on behalf of all beneficiaries of Dana Rey Hannon | 1:15-cv-09903, 53, at 1739 | Dana Rey Hannon |
| 41 | Rachel Bess Jacobson, as Personal Representative of the Estate of Steven A. Jacobson, Deceased | Deborah B. Jacobson, as Personal Representative of the Estate of Steven A. Jacobson, Deceased and on behalf of all beneficiaries of Steven A. Jacobson | 1:15-cv-09903, 53, at 3439 | Steven A. Jacobson |
| 42 | Louis Jagoda and Anna May Jagoda as Co-Representatives of the Estate of Jake D. Jogoda, Deceased | Louis Jagoda, as Personal Representative of the Estate of Jake D. Jogoda, Deceased and on behalf of all beneficiaries of Jake D. Jogoda | 1:15-cv-09903, 53, at 2884 | Jake D. Jagoda |
| 43 | Mary Ann Keohane as Personal Representative of the Estate of John Richard Keohane, Deceased | Donald Keohane, as Personal Representative of the Estate of John Richard Keohane, Deceased and on behalf of all beneficiaries of John Richard Keohane | 1:15-cv-09903, 53, at 2296 | John Richard Keohane |
| 44 | Zoe P. Kousoulis and George Panagiotes Kousoulis as Co-Representatives of the Estate of Danielle Kousoulis, Deceased | Zoe P. Kousoulis, as Personal Representative of the Estate of Danielle Kousoulis, Deceased and on behalf of all beneficiaries of Danielle Kousoulis | 1:15-cv-09903, 53, at 2639 | Danielle Kousoulis |

| | | | | |
|---|---|---|---|---|
| 45 | Harlan Gene Yancey, as Personal Representative of the Estate of Kathryn Laborie, Deceased | Eric Laborie, as Personal Representative of the Estate of Kathryn Laborie, Deceased and on behalf of all beneficiaries of Kathryn Laborie | 1:15-cv-09903, 53, at 416 | Kathryn L. Laborie |
| 46 | Mary Jane LaVache, as Personal Representative of the Estate of Maria LaVache, Deceased | Joseph L. LaVache, as Personal Representative of the Estate of Maria LaVache, Deceased and on behalf of all beneficiaries of Maria LaVache | 1:15-cv-09903, 53, at 2319 | Maria LaVache |
| 47 | Christopher Robert Sodano, as Personal Representative of the Estate of Jeannine LaVerde, Deceased | Delores LaVerde, as Personal Representative of the Estate of Jeannine LaVerde, Deceased and on behalf of all beneficiaries of Jeannine LaVerde | 1:15-cv-09903, 53, at 386 | Jeannine M. LaVerde |
| 48 | Ashley Nicole Lynch, as Personal Representative of the Estate of Terence M. Lynch, Deceased | Jacqueline E. Lynch, as Personal Representative of the Estate of Terence M. Lynch, Deceased and on behalf of all beneficiaries of Terence M. Lynch | 1:15-cv-09903, 53, at 2683 | Terence M. Lynch |
| 49 | Carole M. O'Hare, as Personal Representative of the Estate of Hilda Marcin, Deceased | Elizabeth Kemmerer, as Personal Representative of the Estate of Hilda Marcin, Deceased and on behalf of all beneficiaries of Hilda Marcin | 1:15-cv-09903, 53, at 2039 | Hildegard Marie Marcin |
| 50 | Richard Thomas McNulty, as Personal Representative of the Estate of Sean Peter McNulty, Deceased | Rosanne McNulty, as Personal Representative of the Estate of Sean Peter McNulty, Deceased and on behalf of all beneficiaries of Sean Peter McNulty | 1:15-cv-09903, 53, at 2738 | Sean Peter McNulty |
| 51 | Ryan Paul Minara and Christian Minara as Co-Representatives of the Estate of Robert Minara, Deceased | Paula A. Minara, as Personal Representative of the Estate of Robert Minara, Deceased and on behalf of all beneficiaries of Robert Minara | 1:15-cv-09903, 53, at 1058 | Robert Minara |
| 52 | Francisca A. Wester, as Personal Representative of the Estate of Laurie Ann Neira, Deceased | Gilberto. A Neira, as Personal Representative of the Estate of Laurie Ann Neira, Deceased and on behalf of all beneficiaries of Laurie Ann Neira | 1:15-cv-09903, 53, at 3144 | Laurie Ann Neira |
| 53 | Clifford Irving Olsen, as Personal Representative of the Estate of Eric Taube Olsen, Deceased | Taube Olsen, as Personal Representative of the Estate of Eric Taube Olsen, Deceased and on behalf of all beneficiaries of Eric Taube Olsen | 1:15-cv-09903, 53, at 1489 | Eric Taube Olsen |
| 54 | Andrea Lee Ouida, as Personal Representative of the Estate of Todd Joseph Ouida, Deceased | Herbert Ouida, as Personal Representative of the Estate of Todd Joseph Ouida, Deceased and on behalf of all beneficiaries of Todd Joseph Ouida | 1:15-cv-09903, 53, at 2609 | Todd Joseph Ouida |
| 55 | Ronald J. Palazzolo, as Personal Representative of the Estate of Richard A. Palazzolo, Deceased | Annette M. Palazzolo, as Personal Representative of the Estate of Richard A. Palazzolo, Deceased and on behalf of all beneficiaries of Richard A. Palazzolo | 1:15-cv-09903, 53, at 3070 | Richard A. Palazzolo |
| 56 | Helen Olga Carlucci, as Personal Representative of the Estate of James N. Pappageorge, Deceased | Juana Olga Pappageorge, as Personal Representative of the Estate of James N. Pappageorge, Deceased and on behalf of all beneficiaries of James N. Pappageorge | 1:15-cv-09903, 53, at 1936 | James N. Pappageorge |

| | | | | |
|---|---|---|---|---|
| 57 | Jin Han Park, as Personal Representative of the Estate of Gye Hyong Park, Deceased | Jung Hea Shin, as Personal Representative of the Estate of Gye Hyong Park, Deceased and on behalf of all beneficiaries of Gye Hyong Park | 1:15-cv-09903, 53, at 2606 | Gye Hyong Park |
| 58 | Niraj J. Patel, as Personal Representative of the Estate of Dipti Patel, Deceased | Jayant R. Patel, as Personal Representative of the Estate of Dipti Patel, Deceased and on behalf of all beneficiaries of Dipti Patel | 1:15-cv-09903, 53, at 81 | Dipti Patel |
| 59 | D. Hamilton Peterson and David M. Repetto as Co-Representatives of the Estate of Donald A. Peterson, Deceased | D. Hamilton Peterson, as Personal Representative of the Estate of Donald A. Peterson, Deceased and on behalf of all beneficiaries of Donald A. Peterson | 1:15-cv-09903, 53, at 3303 | Donald A. Peterson |
| 60 | Vincent Joseph Ragusa and Domenica Ragusa as Co-Representatives of the Estate of Michael Paul Ragusa, Deceased | Vincent Joseph Ragusa, as Personal Representative of the Estate of Michael Paul Ragusa, Deceased and on behalf of all beneficiaries of Michael Paul Ragusa | 1:15-cv-09903, 53, at 1162 | Michael Paul Ragusa |
| 61 | Helen K. Rosenthal, as Personal Representative of the Estate of Joshua Alan Rosenthal, Deceased | Avram Rosenthal, as Personal Representative of the Estate of Joshua Alan Rosenthal, Deceased and on behalf of all beneficiaries of Joshua Alan Rosenthal | 1:15-cv-09903, 53, at 2650 | Joshua Alan Rosenthal |
| 62 | Iris Estelle Rothberg, as Personal Representative of the Estate of Michael C. Rothberg, Deceased | Jason Rothberg, as Personal Representative of the Estate of Michael C. Rothberg, Deceased and on behalf of all beneficiaries of Michael C. Rothberg | 1:15-cv-09903, 53, at 1116 | Michael C. Rothberg |
| 63 | David Robert Salvo, as Personal Representative of the Estate of Samuel Robert Salvo, Jr., Deceased | Gladys H. Salvo, as Personal Representative of the Estate of Samuel Robert Salvo, Jr., Deceased and on behalf of all beneficiaries of Samuel Robert Salvo, Jr. | 1:15-cv-09903, 53, at 3473 | Samuel Robert Salvo, Jr. |
| 64 | Jose Luis San Pio and Maria Jose San Pio as Co-Representatives of the Estate of Sylvia San Pio, Deceased | Jose Luis San Pio, as Personal Representative of the Estate of Sylvia San Pio, Deceased and on behalf of all beneficiaries of Sylvia San Pio | 1:15-cv-09903, 53, at 1997 | Sylvia San Pio |
| 65 | Victor L. Santillan, as Personal Representative of the Estate of Maria Theresa Santillan, Deceased | Parent DOE AP23, as Personal Representative of the Estate of DOE AP23, Deceased and on behalf of all beneficiaries of DOE AP23, Deceased | 1:15-cv-09903, 53, at 1942 | Maria Theresa Santillan |
| 66 | Alexander J. Rosenblum as Personal Representative of the Estate of Howard Selwyn, Deceased | Frances Ruth Selwyn, as Personal Representative of the Estate of Howard Selwyn, Deceased and on behalf of all beneficiaries of Howard Selwyn | 1:15-cv-09903, 53, at 3488 | Howard Selwyn |
| 67 | Robert Daniel Sheehan, as Personal Representative of the Estate of Linda June Sheehan, Deceased | Daniel J. Sheehan, as Personal Representative of the Estate of Linda June Sheehan, Deceased and on behalf of all beneficiaries of Linda June Sheehan | 1:15-cv-09903, 53, at 403 | Linda June Sheehan |

| | | | | |
|---|---|---|---|---|
| 68 | Noreen Supinski and Steven A. Supinski as Co-Representativse of the Estate of Colleen M. Supinski, Deceased | Steven A. Supinski, as Personal Representative of the Estate of Colleen M. Supinski, Deceased and on behalf of all beneficiaries of Colleen M. Supinski | 1:15-cv-09903, 53, at 3376 | Colleen M. Supinski |
| 69 | Bryan Murtagh, as Personal Representative of the Estate of Robert E. Sutcliffe Jr., Deceased | Sutcliffe, Margaret, individually and as Personal Representative of the Estate of Robert E. Sutcliffe, Jr. | 1:19-cv-00044, 1, Appx. Pg. 11, 4778 at 6 | Robert E. Sutcliffe, Jr. |
| 70 | Thomas Bertorelli, as Personal Representative of the Estate of John M. Talignani, Deceased | Eileen Bertorelli-Zangrillo, as Personal Representative of the Estate of John M. Talignani, Deceased and on behalf of all beneficiaries of John M. Talignani | 1:15-cv-09903, 53, at 2338 | John Marcy Talignani |
| 71 | Angel Luis Tirado, Gary Basso as Co-Representatives of the Estate of Hector Luis Tirado, Jr., Deceased | Angel Luis Tirado, as Personal Representative of the Estate of Hector Luis Tirado, Jr., Deceased and on behalf of all beneficiaries of Hector Luis Tirado, Jr. | 1:15-cv-09903, 53, at 1667 | Hector Luis Tirado, Jr. |
| 72 | Elizabeth Rachel Osborn and Ronald James Pearson as Co-Representatives of the Estate of Simon James Turner, Deceased | Elizabeth Rachel Turner, as Personal Representative of the Estate of Simon James Turner, Deceased and on behalf of all beneficiaries of Simon James Turner | 1:15-cv-09903, 53, at 3556 | Simon James Turner |
| 73 | Stamatios K. Tzemis, as Personal Representative of the Estate of Jennifer Lynn Tzemis, Deceased | Nancy Doris Tzemis, as Personal Representative of the Estate of Jennifer Lynn Tzemis, Deceased and on behalf of all beneficiaries of Jennifer Lynn Tzemis  Stamatios K. Tzemis, as Personal Representative of the Estate of Jennifer Lynn Tzemis, Deceased and on behalf of all beneficiaries of Jennifer Lynn Tzemis | 1:15-cv-09903, 53, at 336 | Jennifer Lynn Tzemis |
| 74 | Christopher Scott Vadas and Melissa Mary Prevey, as Co-Representatives of the Estate of Bradley H. Vadas, Deceased | Donald J. Vadas, as Personal Representative of the Estate of Bradley H. Vadas, Deceased and on behalf of all beneficiaries of Bradley H. Vadas | 1:15-cv-09903, 53, at 2651 | Bradley Hodges Vadas |
| 75 | Susan Ballestero, as Personal Representative of the Estate of Loretta A. Vero, Deceased | Catherine Pedersen, as Personal Representative of the Estate of Loretta A. Vero, Deceased and on behalf of all beneficiaries of Loretta A. Vero | 1:15-cv-09903, 53, at 1267 | Loretta A. Vero |
| 76 | Amy Sarah Warchola, as Personal Representative of the Estate of Michael Warchola, Deceased | Denis A. Warchola, as Personal Representative of the Estate of Michael Warchola, Deceased and on behalf of all beneficiaries of Michael Warchola | 1:15-cv-09903, 53, at 2752 | Michael Warchola |
| 77 | Joan Ann Whelan, as Personal Representative of the Estate of Eugene Michael Whelan, Deceased | Alfred L. Whelan, Sr., as Personal Representative of the Estate of Eugene Michael Whelan, Deceased and on behalf of all beneficiaries of Eugene Michael Whelan | 1:15-cv-09903, 53, at 1940 | Eugene Michael Whelan |

| | | | | |
|---|---|---|---|---|
| 78 | Benjamin C. Wong, as Personal Representative of the Estate of Jennifer Y. Wong, Deceased | Parent DOE AP53, as Personal Representative of the Estate of DOE AP53, Deceased and on behalf of all beneficiaries of DOE AP53, Deceased | 1:15-cv-09903, 53, at 270 | Jennifer Y. Wong |